UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LINELL SHELMIRE, ) | Case No. CV 06-1058-VAP |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| J. YATES, Warden, ) | |
| Defendant. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 28, 2009

VIRGINIA A. PHILLIPS
United States District Judge